# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BUDDY WRIGHT, et al., | Case No.: 1:15-cv-01328 JLT |
| Plaintiffs, | ORDER RE: INFORMAL DISCOVERY |
| v. | ORDER REFERRING THE MATTER TO VDRP |
| TEHACHAPI UNIFIED SCHOOL DISTRICT, | |
| Defendants. | |

On November 15, 2016, the Court held the scheduling conference. Rather than scheduling the case, the Court verified the parties wished to be referred to the Court's Voluntary Dispute Resolution program.

To facilitate the possible success of the case in the VDRP, the Court discussed with counsel the discovery needs before the VDRP mediation could occur. The defendant expressed that it had no need for discovery before the mediation. However, because this case, at its core, is one only for attorney's fees expended in the administrative process, the plaintiffs seek information about the time records of counsel for the defendants. The plaintiffs expressed that they wished to be able to perform a comparison of the work expended by each side in order to counter the expected claims that their attorneys' fees are unreasonable. Thus, the Court **ORDERS**:

1. No later than **December 15, 2016**, counsel for the defendant **SHALL** identify to counsel for the plaintiffs (via e-mail) the items on the plaintiffs' attorney billing records that the defendant

contends are unreasonable;

      2.    As to any item of attorney billing records identified, no later than **December 15, 2016**, the defendant **SHALL** produce (via email) the time records for its attorney to complete the corresponding work[1], if there was any corresponding work;

      3.    The matter is **REFERRED** to the VDRP.  The process of selecting the neutral **SHALL** not begin until December 16, 2016, to allow the informal discovery, described above, to be completed.

IT IS SO ORDERED.

    Dated:   **November 15, 2016**           **/s/ Jennifer L. Thurston**
                                                             UNITED STATES MAGISTRATE JUDGE

---

[1] For example, if the defendant contends that the time spent by the plaintiffs' lawyer on a particular motion was unreasonable and the defendant filed an opposition to the same motion, the defendant must produce the time records detailing its attorney's work opposing the motion. If any records are withheld based upon privilege, the defendant **SHALL** provide a thorough privilege log.

2