# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BUDDY WRIGHT, et al., | Case No.: 1:16-cv-01214 LJO JLT |
| Plaintiffs, | |
| v. | ORDER GRANTING STIPULATION FOR A SETTLEMENT CONFERENCE |
| TEHACHAPI UNIFIED SCHOOL DISTRICT, | |
| Defendants. | |

The parties have filed a stipulation seeking a settlement conference. (Doc. 10) Thus, the Court **ORDERS**:

1. A settlement conference is set on **February 24, 2017** at 10:00 a.m. in Courtroom 7 before the Honorable Sheila K. Oberto at the Robert E. Coyle Federal Courthouse located at 2500 Tulare Street, Fresno, California.

2. Unless otherwise permitted in advance by the Court, the attorneys who will try the case shall appear at the Settlement Conference with the parties and the person or persons having full authority to negotiate and settle the case on any terms at the conference. Consideration of settlement is a serious matter that requires preparation prior to the settlement conference. Set forth below are the procedures the Court will employ, absent good cause, in conducting the conference:

   a. **No later than February 14, 2017**, Plaintiff SHALL submit to Defendant via fax or e-mail, a meaningful settlement demand which includes a brief explanation of why such a settlement

is appropriate;

      b.     **No later than February 16, 2017**, Defendant SHALL respond, via fax or e-mail, with an acceptance of the offer or with a meaningful counteroffer, which includes a brief explanation of why such a settlement is appropriate.

      c.     If settlement is not achieved, each party SHALL attach copies of their settlement offers to their Confidential Settlement Conference Statement, as described below.  Copies of these documents shall not be filed on the court docket.

      d.     **No later than February 17, 2017**, the parties shall submit, directly to Judge Oberto's chambers by e-mail to SKOOrders@caed.uscourts.gov, a Confidential Settlement Conference Statement.  The statement should not be filed with the Clerk of the Court nor served on any other party, although the parties may file a Notice of Lodging of Settlement Conference Statement.  Each statement shall be clearly marked "confidential" with the date and time of the Settlement Conference indicated prominently thereon;

      e.     The Confidential Settlement Conference Statement shall include the following:

           A.     A brief statement of the facts of the case;

           B.     A brief statement of the claims and defenses, i.e., statutory or other grounds upon which the claims are founded; a forthright evaluation of the parties' likelihood of prevailing on the claims and defenses; and a description of the major issues in dispute;

           C.     A summary of the proceedings to date;

           D.     An estimate of the cost and time to be expended for further discovery, pretrial and trial;

           E.     The relief sought;

           F.     The party's position on settlement, including present demands and offers and a history of past settlement discussions, offers and demands.

IT IS SO ORDERED.

Dated:   **February 9, 2017**           **/s/ Jennifer L. Thurston**
                                                                           UNITED STATES MAGISTRATE JUDGE