1
2
3
4
5
6
7
8                    **UNITED STATES DISTRICT COURT**

9                    **EASTERN DISTRICT OF CALIFORNIA**

10

11   BUDDY WRIGHT,                          )   Case No.: 1:16-cv-01214 LJO JLT
                                            )
12                  Plaintiff,              )
                                            )   ORDER DENYING PLAINTIFF'S REQUEST TO
13          v.                              )   FILE A SECOND REPLY BRIEF
                                            )
14   TEHACHAPI UNIFIED SCHOOL               )
     DISTRICT, et al.,                      )
15                                          )
                    Defendants.             )
16                                          )

17          In his motion, the plaintiff sought an award of fees to compensate him for efforts made in

18   this litigation to collect fees in the administrative process.  (Doc. 35 at 26)  However, his counsel

19   failed to provide any billing records with the motion on this topic.  Once alerted through the

20   opposition that fees could not be awarded without this supporting evidence (Doc. 37 at 22), the

21   plaintiff filed the billing records with the reply[1] (Doc. 39-1).

22          Generally, the Court strikes evidence submitted with the reply.  However, as an

23   accommodation to the plaintiff, the Court chose to allow the evidence to stand but, in doing so,

24   was obligated to allow the defendant an opportunity to rebut it. Provenz v. Miller, 102 F.3d 1478,

25   1483 (9th Cir. 1996) [Evidence submitted with the reply may not be considered without giving the

26

     ─────────────────────────

27   [1] Plaintiff claimed that this was purposeful because otherwise the time records would "not be complete." (Doc. 39 at
     11)  However, submitting incomplete records is far better than having no supporting evidence.  In fact, every motion
28   for fees this Court has ever entertained contemplates that there will be further work done to prepare the reply and to
     appear at the hearing.  The fact that bills continue to accumulate does not justify depriving the opponent of due
     process.

                                                        1

non-movant an opportunity to respond]. Rather than appreciating this accommodation, plaintiff now moves the Court for leave to file a second reply brief and argues he would be prejudiced if it is not allowed. In making this argument, the plaintiff ignores that this is a situation of his own making. Moreover, if the second reply is allowed, then in fairness, the Court should permit the defense an opportunity to argue the matter. The Court refuses the invitation to take this route which would further increase the fees in this case. Thus, the plaintiff's motion to file a second reply is **DENIED**.

IT IS SO ORDERED.

  Dated:   **August 1, 2017**                          **/s/ Jennifer L. Thurston**
                                                    UNITED STATES MAGISTRATE JUDGE