# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BUDDY WRIGHT, et al., <br><br> Plaintiffs, <br><br> v. <br><br> TEHACHAPI UNIFIED SCHOOL DISTRICT, <br><br> Defendant. | Case No.: 1:16-cv-01214-JLT <br><br> ORDER GRANTING ORDER GRANTING PLAINTIFF'S PROPOSED DAILY INTEREST CALCULATION <br><br> (Doc. 73) |

Having received no objection to the Plaintiffs' calculation of daily post-judgment interest, the Court **ORDERS:**

1. The Plaintiffs' daily interested calculation is **APPROVED**;

2. Interest is awarded to the Plaintiffs in the amount of $7.44 per day, to be added to the total due Plaintiffs as of March 18, 2020, which was, $181,774.43, until the amount is paid in full, which is to be no later than June 30, 2020.


IT IS SO ORDERED.

Dated: **April 1, 2020**          **/s/ Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE

1